UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ODELINDA PEREZ, RAUL SAUCEDO, JR., LEONARDO SAUCEDO, ROBERT SANCHEZ and J. JESUS VARGAS,<br><br>Plaintiffs,<br><br>v.<br><br>MERCER CANYONS INC. and WAFLA formerly known as Washington Farm Labor Association,<br><br>Defendants. | No. 1:16-CV-03015-SMJ<br><br>**ORDER DISMISSING CASE** |

On July 12, 2017, the parties filed a stipulated dismissal, ECF No. 84. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED:**

**1.** The parties' Stipulated Motion for Dismissal of Action, **ECF No. 84**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

ORDER **-** 1

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of July 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2